# United States District Court
## *Southern District of Georgia*

April Loccara Brown Carter

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV415-161

Carolyn Colvin
Acting Commissioner of Social Security

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated September 9, 2016, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; affirming the Commissioner's decision. This action stands closed.

| September 9, 2016 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Deputy Clerk